IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISCILIA JIBIKILAY<br>6821 Signature Circle<br>Alexandria, VA 22310<br><br>       Plaintiff<br><br>vs.<br><br><br>THE UNITED STATES OF AMERICA<br>Serve: The Hon. Merrick B. Garland<br>Attorney General, Department of Justice<br>950 Pennsylvania Ave., Room B-103<br>Washington, DC 20530<br><br>Also Serve:<br>Channing D. Phillips<br>United States Attorney<br>District of Columbia<br>555 4th Street NW<br>Washington, DC 20530<br><br>Also Serve:<br>Thomas S. Huse<br>Chief Counsel<br>United States Secret Service<br>50 H St NW #7800<br>Washington, DC 20223<br><br>       Defendant | CASE NO. |

## COMPLAINT
### (Federal Tort Claims Act)

Plaintiff, Priscilla Jibikilay, brings this civil action against Defendants, The United States of America, and for their cause of action states as follows:

## JURISDICTION AND VENUE

1. The claims herein are brought pursuant to the Federal Tort Claims Act (28 U.S.C. § 2671, *et seq.*).

2. Jurisdiction over this case is conferred by 28 U.S.C. § 1346.

3. Venue is properly laid in this district pursuant to 28 U.S.C. § 1402(b) as the cause of action, a motor vehicle collision, arose in Washington, District of Columbia.

## PARTIES

4. Plaintiff Priscilla Jibikilay (hereinafter referred to as "Plaintiff") is an individual citizen of the State of Virginia, residing at the address 6821 Signature Circle Alexandria, VA 22310.

5. Defendant The United States of America (hereinafter referred to as "Defendant United States") is amenable under 28 U.S.C. § 1346(b) to suit for damages arising from the negligent operation of a vehicle by one of its employees within the scope of his/her employment.

## NOTICE

6. Plaintiff satisfied the notice of claim required under U.S.C. § 2675 by sending his completed Standard Form 95 to the appropriate agency, the United States Secret Service, via e- mail on June 23, 2020.

7. The United States Secret Service sent its denial of Plaintiff's claim on May 19, 2021

## COUNT 1 - NEGLIGENCE
### (Defendant)

8. On or about January 6, 2020 Plaintiff was lawfully operating a motor vehicle at the intersection of P Street NW at N. Rock Creek Parkway NW in the District of Columbia.

9. At the same time and place, Darrius Marcel Butler, an employee of the Defendant United States, via the United States Secret Service, acting pursuant to and within the scope of his

employment, was operating a U.S. Secret Service vehicle Southbound on P Street NW at N. Rock Creek Parkway NW

10. At all material times to this Complaint, Darrius Marcel Butler was duty bound to operate the vehicle with reasonable care and prudence.

11. Notwithstanding this duty, and in breach thereof, Darrius Marcel Butler operated the vehicle in a negligent manner and carelessly drove into the path of the Plaintiff's vehicle and caused a collision. Darrius Marcel Butler's negligence consisted of, among other things, failing to pay full time and attention to her driving, failing to maintain a proper lookout, failing to yield the right of way, failing to maintain control of her vehicle, and otherwise being negligent.

12. As a direct result of Darrius Marcel Butler's negligence, and breach of duties, Plaintiff sustained severe and permanent bodily injuries and damages, had experienced and will continue to experience pain and suffering, has lost and will continue to lose wages and earnings, has incurred and will continue to incur medical expenses, has been prevented and will continue to be prevented from engaging in normal social and recreational activities, and has suffered and will continue to suffer other damages.

13. At all times material, Darrius Marcel Butler was an agent, servant and/ or employee of the United States Secret Service, an agency of the federal government of Defendant United States.

14. As Darrius Marcel Butler was Defendant United States' agent, servant and/ or employee, Defendant United States us vicariously liable for Darrius Marcel Butler's negligence and Plaintiff's resulting injuries and damages.

15. As required by 28 U.S.C. § 2675, Plaintiff has exhausted her administrative remedies against Defendant United States.

WHEREFORE, Plaintiff Priscilla Jibikilay demands judgment in her favor and against the Defendant, The United States of America, in the amount of **SEVENTY-FIVE THOUSAND & 00/100 U.S. DOLLARS ($75,000.00),** plus interest, costs and such other relief as this Court deems proper.

Respectfully submitted

/S/

Conrad N. Bayelle #981585
Law Office of Conrad Bayelle
8630 Fenton Street, Suite 222
Silver Spring, MD 20910
Phone: (301)- 679- 6321
Fax: (202) 787-1968
Email: info@conbaylaw.com
***Counsel for the Plaintiff***